No. 41262.—Protest 812429–G of S. S. Kresge Co. (New York).

Opinion by KINCHELOE, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protest was sustained.

No. 41263.—Protests 491987–G, etc., of E. & G. Hindle, Ltd., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 41264.—Protests 954238–G, etc., of Thurston Cutting Corp. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 41265.—Protests 809613–G, etc., of Thurston Cutting Corp. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 41266.—Protests 949993–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41267.—Protests 918826–G, etc., of Corrugated Container Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41268.—Protest 979473–G of Biddle Purchasing Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 37615 the brass sockets in question were held dutiable as parts of articles having as an essential feature an electrical element or device at 35 percent under paragraph 353 as claimed.